# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

JANE DOE I, Individually and as )
Natural Guardian of the Person of )
JOHN DOE I, her Minor Son, )
                )
     Plaintiff, )
                )
v. )     CV418-180
                )
SAVANNAH-CHATHAM COUNTY )
PUBLIC SCHOOL SYSTEM and )
MARVIN T. JOHNSON, )
                )
     Defendant. )

## ORDER

Plaintiff Jane Doe having passed away, the parties seek to temporarily stay all proceedings for 90 days. Doc. 33. The parties' request is **GRANTED**, and the matter shall be stayed for 90 days. Plaintiff's counsel is further **ORDERED** to file a motion for substitution of plaintiffs on or before the expiration of the stay. Finally, the Scheduling Order (docs. 21 & 30) is adjusted accordingly: the parties' joint status report shall be filed by May 8, 2019; discovery shall close on May 23, 2019; and all civil motions, including *Daubert* motions

but excluding motions in limine, shall be filed by June 24, 2019.

**SO ORDERED,** this 28th day of January, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA