FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 APR 30 PM 12: 09

CLERK_____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| JANE DOE I, Individually and as Natural Guardian of the Person of JOHN DOE I, her Minor Son, | ) ) ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiffs, | ) | 418-00180-WTM-GRS |
| | ) | |
| v. | ) | |
| | ) | |
| SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL SYSTEM and MARVIN T. JOHNSON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING CONSENT MOTION TO SUBSTITUTE PLAINTIFFS

Before the Court is the Parties' Consent Motion to Substitute Plaintiffs. (Doc. 35).

In the Motion, the Parties request that the Court substitute as plaintiffs "John Doe I and

Jane Doe II, as Administrator of the Estate of Jane Doe I," for "Jane Doe I, individually

and as natural guardian of the person of John Doe I, her minor son." (Id.).

Having considered the Parties' request and having determined good cause to be

shown, the Court hereby GRANTS the Parties' Consent Motion to Substitute Plaintiffs.

(Doc. 35). Accordingly, The Clerk of Court is directed to change the civil docket to

reflect the proper Plaintiffs as, "John Doe I and Jane Doe II, as Administrator of the

Estate of Jane Doe I."

**SO ORDERED**, this 29th day of April , 2019.

_____
CHRISTOPHER L. RAY, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT