IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN DOE I, and JANE DOE II, )
as Administrator of the Estate )
of JANE DOE I, )
)
    Plaintiffs, )
)
v. ) CASE NO. CV418-180
)
SAVANNAH-CHATHAM COUNTY PUBLIC )
SCHOOL SYSTEM, and MARVIN T. )
JOHNSON, )
)
    Defendants. )
)

## O R D E R

Having reviewed the Joint Motion to File Motion Exhibits Under Seal filed by Defendants, this Court hereby **GRANTS** the Joint Motion to File Under Seal (Doc. 42) pursuant to L.R. 79.7 and directs the Clerk to file under permanent seal an unredacted copy of Plaintiff's Expert Disclosure Pursuant to Rule 26(a)(1)(B) (attached to the Joint Motion to File Motion Exhibits Under Seal as Exhibit "A"), and an unredacted copy of the Deposition of Tom D. Black, with exhibits (attached to the Joint Motion to File Motion Exhibits Under Seal as Exhibit "B").

The documents to be sealed either reference or contain confidential mental health records of Plaintiff John Doe I or his conversations with a licensed professional counselor. Accordingly, the Court finds that, pursuant to L.R. 79.7(e), the

confidential information sought to be filed under seal in Defendants' Joint Motion to File Motion Exhibits Under Seal cannot be adequately protected by temporarily sealing the documents until the conclusion of trial, the entry of final judgment, the conclusion of an appeal, or any other litigation-specific milestone.

Accordingly, the Court hereby **ORDERS** that the unredacted version Plaintiff's Expert Disclosure Pursuant to Rule 26(a)(1)(B) and an unredacted copy of the Deposition of Tom D. Black, with exhibits, be permanently sealed and public access restricted, unless or until otherwise directed by the Court.

SO ORDERED this 20th day of August 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA