IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JANE DOE II, as Administrator of the Estate of Jane Doe I; and JOHN DOE I,<br><br>Plaintiffs,<br><br>v.<br><br>MARVIN T. JOHNSON,<br><br>Defendant. | CASE NO. CV418-180 |

## O R D E R

On August 3, 2022, the United States Court of Appeals for the Eleventh Circuit affirmed this Court's grant of summary judgment in favor of Defendant Savannah-Chatham County Public School System and vacated this Court's grant of summary judgment in favor of Defendant Marvin Johnson on Plaintiffs' section 1983 claim. (Doc. 75 at 14.) Before Plaintiffs filed their notice of appeal, Defendants Savannah-Chatham County Public School System and Johnson filed Bills of Costs. (Docs. 69, 70, 71.) Initially, Defendant Johnson filed a Bill of Costs for "Savannah-Chatham County Public School System and Marvin T. Johnson" (Doc. 69) before filing an Amended Bill of Costs for "Defendant Marvin T. Johnson" (Doc. 70). Defendant Savannah-Chatham County Public School System also filed a Bill of Costs. (Doc. 71.) Before the notice of appeal

was filed, the deadline to object to the Bills of Cost was August 31, 2021. (See Docket, generally.)

Now, the case has been remanded for further proceedings. Given the confusion regarding Defendants' Bills of Costs and the Eleventh Circuit's decision to partially vacate the Court's grant of summary judgment, the parties are **DIRECTED** within ten (10) days of the date of this order to inform the Court which previously filed Bills of Costs remain to be ruled on, if any, and which should be withdrawn. Upon the submission of the parties' responses, the Court will decide a new deadline for filing objections to the Bill of Costs.

SO ORDERED this 22nd day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2