IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JANE DOE II, as Administrator of the Estate of Jane Doe I and JOHN DOE I, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MARVIN T. JOHNSON, | ) ) |
| Defendant. | ) |

CIVIL ACTION NO.:
4:18-00180-WTM-JEG

## NOTICE OF SETTLEMENT

COME NOW Defendant Marvin T. Johnson (hereinafter "Defendant Johnson"), and Jane Doe II and John Doe I (hereinafter "Plaintiffs"), Plaintiffs in the above-styled action, hereinafter the "Parties," and notify the Court that the parties have reached a conditional settlement. The parties request that all deadlines, including that for the filing of the consolidated pretrial order, be stayed pending resolution of the terms of the settlement and the filing of the stipulation of dismissal. The parties agree that an extension of thirty (30) days will allow for the resolution of all terms and filing of the stipulation of dismissal.

WHEREFORE, the Parties hereby jointly request that this Honorable Court issue an Order extending the time to file the Pretrial Order to and including April 7, 2023. A proposed order is attached hereto for the Court's convenience.

This 8th day of March, 2023.

{Signatures on following page.}

Respectfully submitted,

**SAVAGE, TURNER, DURHAM, PINCKNEY & SAVAGE**

/s/ Kathryn Hughes Pinckney

---

KATHRYN HUGHES PINCKNEY
Georgia State Bar No. 376110
Attorney for Plaintiffs
P.O. Box 10600
Savannah, Georgia 31412
(912) 231-1140
(912) 232-4212 (facsimile)
kpinckney@savagelawfirm.net

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Taylor W. Hensel

---

TAYLOR W. HENSEL
Georgia State Bar No. 092913
Attorney for Defendant Johnson
2970 Clairmont Road NE, Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
thensel@bchlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2023, I served NOTICE OF SETTLEMENT upon all parties in this matter by the CM/ECF system, addressed as follows:

Brent J. Savage, Esq.
Kathryn Hughes Pinckney, Esq.
Savage, Turner, Durham, Pinckney & Savage
P.O. Box 10600
Savannah, Georgia 31412

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Taylor W. Hensel

| | |
|---|---|
| 2970 Clairmont Road NE | TIMOTHY J. BUCKLEY III |
| Suite 650 | Georgia State Bar No. 092913 |
| Atlanta, Georgia 30329 | TAYLOR W. HENSEL |
| (404) 633-9230 | Georgia State Bar No. 572754 |
| (404) 633-9640 (facsimile) | Attorneys for Defendant Johnson |
| tbuckley@bchlawpc.com | |
| thensel@bchlawpc.com | |